IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

MELISSA MALEDY,            )
                           )
   Plaintiff,              )
                           )
                           )   CIVIL ACTION NO.
   v.                      )     1:10cv254-MHT
                           )         (WO)
CITY OF ENTERPRISE, et al.,)
                           )
   Defendants.             )

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motions to dismiss filed by defendants Steven Hicks, Kenneth Boswell, William Cooper, Tommy Johnson, Jr., Kirk Donaldson, Wallace Miller, Jr., Paul Russell, and City of Enterprise, Alabama (Doc. Nos. 22 and 29) are granted.

(2) Judgment is entered in favor of defendants Hicks, Boswell, Cooper, Johnson, Donaldson, Miller, Russell, and City of Enterprise, Alabama and against plaintiff Melissa

Maledy, with plaintiff Maledy taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Maledy, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of March, 2012.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE